**Order entered February 7, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01224-CV

**LAKEPOINTE PHARMACY #2, LLC, ET AL., Appellants**

**V.**

**FORNEY DEERVAL, LLC, ET AL., Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 90632-422**

## ORDER

Before the Court is appellees' February 4, 2020 motion for an extension of time to file their brief on the merits and appellants' response to the motion. We **GRANT** the motion. Appellees shall file their brief by **March 16, 2020**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE